**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION**

ISAIAH ALEXANDER BOSTON,

      Petitioner,

v.                                         CASE NO. 5:16-cv-00244-MP-CAS

DEPARTMENT OF CORRECTIONS, JULIE JONES,

      Respondents.

_____/

**O R D E R**

      This cause comes on for consideration upon the Magistrate Judge's Report and

Recommendation dated August 31, 2016. (Doc. 4).  The parties have been furnished a copy of

the Report and Recommendation and have been afforded an opportunity to file objections

pursuant to Title 28, United States Code, Section 636(b)(1).  The time for filing objections has

passed, and none have been filed.  Having considered the Report and Recommendation, I have

determined that the Report and Recommendation should be adopted.

      Accordingly, it is hereby

      **ORDERED AND ADJUDGED:**

1.      The magistrate judge's Report and Recommendation is adopted and incorporated by reference in this order.

2.      The Clerk is directed to transfer this case to the United States District Court for the Middle District of Florida, Jacksonville Division, for all further proceedings.

      **DONE AND ORDERED** this _1st_ day of December, 2016

                                      *s/Maurice M. Paul*
                                    Maurice M. Paul, Senior District Judge